BLANK ROME, LLP
Attorneys for Plaintiff
TILOS MARITIME COMPANY LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TILOS MARITIME COMPANY LTD., <br><br> Plaintiff, <br><br> -against- <br><br> STAR TANKERS INC. <br><br> Defendants. | 07 Civ. 3885 (DLC) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff TILOS MARITIME COMPANY LTD. certifies that, according to information provided to counsel by its clients, TILOS MARITIME COMPANY LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:   New York, New York
         May 17, 2007

BLANK ROME, LLP
Attorneys for Plaintiff
TILOS MARITIME COMPANY LTD.

By _____
   Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

311817.1
900200.00001/6531336v.1

1