

BLANK ROME, LLP
Attorneys for Plaintiff
TILOS MARITIME COMPANY LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TILOS MARITIME COMPANY LTD., <br><br> Plaintiff, <br><br> -against- <br><br> STAR TANKERS INC. <br><br> Defendants. | 07 Civ. 3885 (DLC) <br><br> **NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF RULE B ATTACHMENT** |

PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

WHEREAS, on May 21, 2007, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant under the control of, or held by various garnishees in New York.

NOW, on the consent of the attorney for plaintiff, it is

ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action on May 21, 2007, be and is hereby vacated and all funds restrained pursuant thereto shall be released, and it is further

127224.00601/6663236v.1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, NY
September 10, 2008

                                      Respectfully submitted,
                                      BLANK ROME, LLP
                                      Attorneys for Plaintiff
                                      TILOS MARITIME COMPANY LTD.

                                      By: _____
                                          Jack A. Greenbaum (JG 0039)
                                      The Chrysler Building
                                      405 Lexington Ave.
                                      New York, NY 10174-0208
                                      (212) 885-5000
                                      jgreenbaum@blankrome.com

SO ORDERED:

_____
U.S.D.J.

Sept. 10, 2008

                                      The Clerk of Court shall close the case and terminate all motions pending as of today's date as moot.